**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Barbara Errico | Social Security number or ITIN  xxx–xx–7959 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–13891–MBK | |

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Barbara Errico

3/16/18                                                    **By the court:** Michael B. Kaplan
                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                               Case No. 13-13891-MBK
Barbara Errico                                                       Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2       Date Rcvd: Mar 16, 2018
                              Form ID: 3180W             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db             +Barbara Errico,    289 Port Royal Drive,    Toms River, NJ 08757-4147
cr             +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress ave.,    Suite 100,
                 Suite 100,   Boca raton, FL 33487-2853
cr             +Hudson City Savings Bank,    Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,
                 P.O. Box 5054,   Mount Laurel, NJ 08054-5054
513831364       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
513716524       First Bankcard,    PO Box  3331,    Omaha, NE 68103-0331
513740672      +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
513716525      +Home Depot,    PO Box 790328,    Saint Louis, MO 63179-0328
513763336      +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
513716528      +PNC Bank Consumer Loan Ctr,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
513716530       Target,    Att: Financial Recovery Services,    PO Box 385908,    Minneapolis, MN 55438-5908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 16 2018 22:46:32      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 16 2018 22:46:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513716517       EDI: GMACFS.COM Mar 17 2018 02:28:00      Ally Financial,   PO Box 380901,
                 Minneapolis, MN 55438-0901
513716518       EDI: AMEREXPR.COM Mar 17 2018 02:28:00      American Express,   PO Box 297884,
                 Fort Lauderdale, FL 33329-7884
514019766       EDI: BECKLEE.COM Mar 17 2018 02:28:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    POB 3001,   Malvern  PA 19355-0701
513716520       EDI: BANKAMER.COM Mar 17 2018 02:28:00      Bank of America,   PO Box 982235,
                 El Paso, TX 79998-2235
513716519       EDI: BANKAMER.COM Mar 17 2018 02:28:00      Bank of America,   PO Box 982238,
                 El Paso, TX 79998-2238
513716521       EDI: BANKAMER.COM Mar 17 2018 02:28:00      Bank of America Home Loans,   PO Box 5170,
                 Simi Valley, CA 93062-5170
513716522       EDI: DISCOVER.COM Mar 17 2018 02:28:00      Discover,   PO Box 30943,   Salt Lake City, UT 84130
513716523       EDI: DISCOVER.COM Mar 17 2018 02:28:00      Discover Card,   PO Box 30943,
                 Salt Lake City, UT 84130
513754851       EDI: DISCOVER.COM Mar 17 2018 02:28:00      Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
517206503      +E-mail/Text: bankruptcy.bnc@ditech.com Mar 16 2018 22:46:16
                 Ditech Financial LLC fka Green Tree Servicing,    LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154,    Ditech Financial LLC fka Green Tree Serv,
                 LLC 57709-6154
517206502       E-mail/Text: bankruptcy.bnc@ditech.com Mar 16 2018 22:46:16
                 Ditech Financial LLC fka Green Tree Servicing,    LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
514100956       E-mail/Text: bankruptcy.bnc@ditech.com Mar 16 2018 22:46:16      Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone #: 888-298-7785
514028631       E-mail/Text: bankruptcy.bnc@ditech.com Mar 16 2018 22:46:16      Green Tree Servicing LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
516450980       E-mail/Text: bankruptcy.bnc@ditech.com Mar 16 2018 22:46:16      Greentree Servicing LLC,
                 POB 6154,    Rapid City, SD  57709
514100957      +E-mail/Text: bankruptcy.bnc@ditech.com Mar 16 2018 22:46:16      Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
513716526      +E-mail/Text: camanagement@mtb.com Mar 16 2018 22:46:18      Hudson City Savings Bank,
                 West 80 Century Rd,    Paramus, NJ 07652-1437
513716527      +EDI: RMSC.COM Mar 17 2018 02:28:00      Lowe's,   Att: Bankruptcy Dept,   PO Box 103104,
                 Roswell, GA 30076-9104
515956022      +E-mail/Text: camanagement@mtb.com Mar 16 2018 22:46:18      M&T Bank, et al,   c/o M&T Bank,
                 Mortgage Payment Processing,    One Fountain Plaza, 7th Floor,   Buffalo, NY 14203-1420
513905245      +EDI: OPHSUBSID.COM Mar 17 2018 02:33:00      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
513716529       EDI: SEARS.COM Mar 17 2018 02:28:00      Sears Credit Cards,   PO Box 6283,
                 Sioux Falls, SD 57117-6283
514004504       EDI: ECAST.COM Mar 17 2018 02:28:00      eCAST Settlement Corporation,   POB 29262,
                 New York NY 10087-9262,    eCAST Settlement Corporation,   POB 29262,   New York NY 10087-9262
514004503       EDI: ECAST.COM Mar 17 2018 02:28:00      eCAST Settlement Corporation,   POB 29262,
                 New York NY 10087-9262
                                                                                              TOTAL: 24
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 16, 2018
                              Form ID: 3180W           Total Noticed: 35
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517322040*      +Barbara Errico,    289 Port Royal Drive,    Toms River, NJ 08757-4147
514103038*     ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                (address filed with court: Green Tree Servicing LLC,    P.O. Box 6154,
                  Rapid City, SD 57709-6154)
515956023*      +M&T Bank, et al,    c/o M&T Bank,    Mortgage Payment Processing,    One Fountain Plaza, 7th Floor,
                  Buffalo, NY 14203-1420
514004506*       eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262,
                  eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
514004505*       eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
                                                                                           TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
              Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    Hudson City Savings Bank bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Jennifer R. Gorchow    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Miriam  Rosenblatt     on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Warren  Brumel     on behalf of Debtor Barbara   Errico wbrumel@keyportlaw.com,
               brumellawecf@gmail.com;r53076@notify.bestcase.com
                                                                                               TOTAL: 9
```