**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Robertson, Anschutz, Schneid & Crane, LLC**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Local Telephone: 973-575-0707
Attorneys For Secured Creditor

Order Filed on August 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Shauna Deluca, Esq. (SD-8248)

Case No.: 13-13891-MBK

**In Re:**

Chapter: 13

Barbara Errico,
    Debtor.

Hearing Date:  August 4, 2020

Judge:  Michael B. Kaplan

## <u>ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT</u>

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: August 11, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**

Debtor(s): Barbara Errico
Case No.: 13-13891-MBK
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

_____

     The court having reviewed the Motion to Redact a Previously Filed Document filed in this case

by PNC Bank NA and regarding the following documents:

(1) Proof of Claim filed on March 15, 2013 as Claim No. 3-1 on the Claims Register.

     ORDERED that the above document(s) be immediately restricted from view on the Court's

public docket, and it is hereby

     ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly

redacted documents with the court.