| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br><br>Shauna Deluca, Esq. (SD-8248) | Order Filed on August 11, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 13-13891-MBK |
| **In Re:**<br><br>Barbara Errico,<br>    Debtor. | Chapter: 13<br><br>Hearing Date: August 4, 2020<br><br>Judge: Michael B. Kaplan |

**ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT**

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: August 11, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**

Debtor(s): Barbara Errico
Case No.: 13-13891-MBK
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

___

    The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

  (1) Proof of Claim filed on March 15, 2013 as Claim No. 3-1 on the Claims Register.

    ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

    ORDERED that pursuant to Fed. R. Bankr. P 9037 (h)(2), the Movant shall refile the correctly redacted documents with the court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 13-13891-MBK
Barbara Errico                                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                  Page 1 of 1              Date Rcvd: Aug 11, 2020
                                Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.
db             +Barbara Errico,    289 Port Royal Drive,    Toms River, NJ 08757-4147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Brian E Caine     on behalf of Creditor    Hudson City Savings Bank bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine     on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Jennifer R. Gorchow     on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Miriam   Rosenblatt     on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Rebecca Ann Solarz     on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Shauna M Deluca     on behalf of Creditor    PNC BANK, N.A. sdeluca@rasflaw.com
              Warren   Brumel     on behalf of Debtor Barbara   Errico wbrumel@keyportlaw.com,
               brumellawecf@gmail.com;wbrumel@keyportlaw.com
                                                                                               TOTAL: 10